AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 21, 2021**

SEAN F. McAVOY, CLERK

FAUSTINO S.,

*Plaintiff*

v().

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No.  1:21-CV-3004-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 19, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 13, is DENIED AS MOOT. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Rosanna Malouf Peterson    on a stipulated motion for remand.

Date:  09/21/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez